The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WONG,<br><br>Defendant. | No. CR15-120-JCC-6<br><br>[~~PROPOSED~~]<br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendant PATRICK WONG.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

The outstanding warrant in the above-captioned case shall be quashed.

DATED this 21st day of May 2024.

_____
JOHN C. COUGHENOUR
United States District Judge

Order of Dismissal -- 1
*United States v. Wong,* CR15-120JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Presented by:
2 |
3 | *s/ Vincent T. Lombardi*
  | VINCENT T. LOMBARDI
4 | Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Wong,* CR15-120JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970